## No. 942.

### MAYOR AND COUNCIL OF MONROE vs. T. S. RICHMOND ET AL.

The dismissal of a suit on a tax collector's bond, as to some of the sureties, for want of jurisdiction, does not operate a discharge of the other sureties.

---

Succession of Gray.

---

The failure to act vigorously in pursuing a tax collector for his defalcation, or, in other words, a mere hesitancy without a positive extension of time, will not discharge the sureties to his bond.

APPEAL from the District Court for Ouachita.    PARSONS, J.

*S. D. McEnery* for Plaintiff.    *Cobb & Gunby* for Defendants Appellants.

WHITE, J., delivered the opinion amending the judgment.